# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**MARILYN DOMINGUE**                                                                  **PLAINTIFF**

**v.**                       **CIVIL ACTION NO: 4:18-cv-00199-DMB-JMV**

**JANTRAN, INC.**                                                            **DEFENDANT**

___

## ORDER AMENDING CASE MANAGEMENT ORDER
___

This matter is before the Court following telephonic status conferences regarding Case Management Order amendments. *See* Docs. #51, 53. Accordingly, the court's amendments are as follows:

A. Discovery shall be completed by October 16, 2020;

B. Daubert motions are due by October 30, 2020; and

C. Dispositive motions are due by November 13, 2020.

    **SO ORDERED** this, the 24th day of August, 2020.

                                              /s/ Jane M. Virden
                                              UNITED STATES MAGISTRATE JUDGE