## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

**MARILYN DOMINGUE**                                                                                **PLAINTIFF**

**v.**                                              **CIVIL ACTION NO: 4:18-cv-199-DMB-JMV**

**JANTRAN, INC.**                                                                       **DEFENDANT**

## **ORDER**

This matter is before the court upon the motion of defendant, Jantran, Inc., to extend the discovery deadline to conduct additional discovery. Having considered the motion, and having been advised that it is unopposed, the court finds that it is well taken and should be granted as follows.

As only five months and a half months remain between the dispositive motions deadline and the trial date, and the district judge assigned to the case requires that at least five months remain between the dispositive motions deadline and the trial date, the undersigned only has the authority to extend the deadlines in this case by several days.[1]

**IT IS THEREFORE ORDERED** that the case management order in this case shall be amended as follows:

1. All discovery shall be completed by October 29, 2020;

2. All Daubert motions shall be filed by November 12, 2020; and

3. All dispositive motions shall be filed by November 27, 2020.

---

[1] An extension of the discovery deadline necessitates an extension of the dispositive motions deadline.

- 2 -

No further extensions shall be granted absent a trial continuance. Should the movant require additional time to conduct discovery, it should re-urge the motion after obtaining a trial continuance.

**SO ORDERED**, this the 4th day of September, 2020.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE